JOSEPH STOLZ v. ASTOR BUILDING CORPORATION, etc.— Motion denied, with

ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.